UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MIDWEST CONSTRUCTION SERVICES, INC., dba TRILLIUM CONSTRUCTION SERVICES, <br><br> Plaintiff, <br><br> v. <br><br> WENDT, LLP, et al., <br><br> Defendants. | Case No. <br><br> Judge _____ |

## NOTICE OF REMOVAL

Defendant Wendt, LLP ("Wendt"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files its Notice of Removal to the United States District Court for the Northern District of Ohio, Western Division. Wendt asserts the following grounds supporting removal:

1. This matter was filed in the Erie County, Ohio Court of Common Pleas and assigned case number 2022 CV 0490 on or about December 7, 2022. Wendt was delivered a copy of the Complaint via certified mail by the clerk on or about December 15, 2022.

2. As Wendt was not served more than 30 days before this Notice of Removal and because this action was commenced less than one year ago, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1441 because this case could have originally been filed in this Court pursuant to 28 U.S.C. § 1332.

20745216.v1

4. Specifically, this Court has subject matter jurisdiction over this action because there is the requisite diversity of citizenship between Plaintiff and all Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff Trillium is a citizen of the State of Iowa by its incorporation and State of Michigan as it is headquartered in Michigan. (*See*, Plaintiff's Complaint at ¶ 1).

6. Wendt is a citizen of Indiana because it is an Indiana limited liability partnership with its partners in Indiana.

7. Defendant Roeslein & Associates, Inc. ("Roeslein") is a Missouri corporation headquartered in Missouri.

8. Defendant Travelers Casualty and Surety Company of America ("Travelers Surety") is a Connecticut corporation headquartered in Connecticut.

9. Since all of the parties are citizens of different states, diversity of citizenship exists.

10. All Defendants unanimously consent to the removal. Roeslein and Travelers join the Notice of Removal.

11. Plaintiff's Complaint pleads damages exceeding $75,000, specifically alleging damages in excess of $250,000. (*See*, Plaintiff's Complaint at ¶ 15).

12. The United States District Court for the Northern District of Ohio, Western Division, embraces the county in which the state court action is now pending.

13. Thus, this Court is the proper venue for this action pursuant to 28 U.S.C. § 115 (a)(1).

14. Pursuant to 28 U.S.C. § 1446(d), Wendt will give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Erie County, Ohio Court of Common Pleas, the Court in which the action is currently pending.

15. If any question arises as to the propriety of the removal of this action, Wendt requests the opportunity to brief any disputed issues and to present oral argument in support of removal.

16. A copy of all process, pleadings, and other documents served on Wendt in the state court matter, including plaintiff's Petition, is attached hereto as <u>Exhibit A</u>.

17. A copy of Civil Cover Sheet is attached hereto as <u>Exhibit B</u>.

18. Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Wendt's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of (a) lack of jurisdiction over the person, (b) improper venue, (c) insufficiency of process, (d) insufficiency of service of process, (e) improper joinder of claims and/or parties, (f) failure to state a claim, (g) failure to join indispensable party, (h) first-to-file rule, and (i) any other procedural or substantive defense available under state or federal law.

WHEREFORE, Wendt, LLP respectfully requests this matter be removed from the Erie County, Ohio Court of Common Pleas to the United States District Court for the Northern District of Ohio, Western Division, and for other and further relief this Court deems just and proper.

Respectfully submitted,

*/s/ Nicholas W. Schwandner*
Nicholas W. Schwandner (0086471)
SCHWANDNER LAW FIRM LLC
119 E. Court St., Suite 504
Cincinnati, OH 45202
513-429-4099
513-772-7904
ns@schwanlawfirm.com
*Counsel for Defendant*
*Wendt, LLP*

SANDBERG PHOENIX & von GONTARD P.C.

M. Quinn Murphy, MO #54451
(will seek *pro hac vice* admission)
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
qmurphy@sandbergphoenix.com

Ross A. Boden, MO #63453
(will seek *pro hac vice* admission)
Tyler M. Waugh, MO #71305
(will seek *pro hac vice* admission)
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
816-627-5332
816-627-5532 (Fax)
rboden@sandbergphoenix.com
twaugh@sandbergphoenix.com

*Attorneys for Defendant
Wendt, LLP*

*/s/ Ronald M. McMillan*
Ronald M. McMillan (0072437)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 – Facsimile
*rmcmillan@calfee.com*

Christopher LaRose    #59612MO
(will seek *pro hac vice* admission)
Paul Louis Brusati      #67975MO
(will seek *pro hac vice* admission)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO  63105
(314) 621.5070
F (314) 621.5065
clarose@atllp.com
pbrusati@atllp.com

*Attorneys for Defendant Roeslein & Associates, Inc. and Travelers Casualty and Surety Company of America (Surety)*

### Certificate of Service

I certify that, on January 10, 2023, I served a copy by email, upon:

Vincent T. Norwillo
The Law Office of Vincent T. Norwillo, LLC
1309 Ridge Road, Suite 1
Hinckley, OH 44233
Vincent.norwillo@norwillolaw.com
*Attorneys for Plaintiff*
*Midwest Construction Services, Inc. d.b.a.*
*Trillium Construction Services*


Ronald M. McMillan
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
*rmcmillan@calfee.com*
*Attorneys for Defendant Roeslein & Associates, Inc.*
*and Travelers Casualty and Surety Company of*
*America (Surety)*

Christopher LaRose
Paul Louis Brusati
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
clarose@atllp.com
pbrusati@atllp.com
*Attorneys for Defendant Roeslein & Associates, Inc.*
*and Travelers Casualty and Surety Company of*
*America (Surety)*

             */s/ Nicholas W. Schwandner*
             Nicholas W. Schwandner

20745216.v1